# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** JEFFREY L. THOMAS & ELISA M. LIBERATORE-THOMAS
- **Case Number:** 16-20253-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 11, 2016  10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
8/12/16 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#13 - Final Confirmation of Plan Dated  2/19/16 NFC
R / M #:  13 / 0

### *Appearances:*

- Debtor: While
- Trustee: Winnecour / Bedford / Pai / Katz (circled)
- Creditor:

Debtors are divorcing and are to surrendering house. need to amend plan. also surrendering Ford Expedition and VW Jetta.

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __✓__ An Amended Plan is to be served on all creditors and certificate of service filed by Aug 31, 2016
   Objections are due on or before Sept 14, 2016
   A hearing on the Amended Plan is set for Oct 13, 2016 at 11:30 Am.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: