IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Elisa M. Liberatore-Thomas, | : | Case No. 16-20253 JAD |
| | : | |
| Debtor. | : | Document No. |

### NOTICE OF ADDRESS CHANGE FOR DEBTOR

TO: CLERK, US BANKRUPTCY COURT:

Please correct the mailing address for Debtor as follows:

Address filed on petition: 103 Ann Street, Brownsville, Pa 15417

New address is: 5 Greene Drive, P.O. Box 432, Richeyville, PA 15358

Dated: August 31, 2016

ZEBLEY MEHALOV & WHITE, P.C.
BY

/s/ Daniel R. White_____
Daniel R. White
Pa. ID No. 78718
P.O. Box 2123
18 Mill Street Square
Uniontown, PA 15401
Telephone: 724-439-9200
Email: dwhite@Zeblaw.com
Attorney for Debtor