IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Jeffrey L. Thomas, | : | Case No. 16-20253 JAD |
| | : | |
| Debtor. | : | Document No. |

### NOTICE OF ADDRESS CHANGE FOR DEBTOR

TO: CLERK, US BANKRUPTCY COURT:

Please correct the mailing address for Debtor as follows:

Address filed on petition: 103 Ann Street, Brownsville, Pa 15417

New address is: 516 Bute Road, Uniontown, PA 15401

Dated: August 31, 2016

    ZEBLEY MEHALOV & WHITE, P.C.
    BY

    /s/ Daniel R. White
    Daniel R. White
    Pa. ID No. 78718
    P.O. Box 2123
    18 Mill Street Square
    Uniontown, PA 15401
    Telephone: 724-439-9200
    Email: dwhite@Zeblaw.com
    Attorney for Debtor