File No. 6532-003

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 16-20253-JAD |
| Jeffrey L. Thomas and Elisa M. Liberatore-Thomas, | Chapter 13 |
| | Motion No. WO-2 |
| Debtors. | Related To Doc. # 51 |
| Elisa M. Liberatore-Thomas, | |
| Movant, | |
| vs. | |
| Zebley, Mehalov & White, P.C. and Ronda J. Winnecour, | |
| Respondents. | |

D #2 SSN: xxx-xx-0177

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtors, having filed a Chapter 13 petition and Debtors having moved to attach wages to fund the Chapter 13 plan,

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor, Elisa M. Liberatore-Thomas, receives income:

Zebley, Mehalov & White, P.C.
Attn: Payroll Manager
P.O. Box 2123
Uniontown, PA 15401

shall deduct from said income the sum of $275 bi-monthly, beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

RONDA J. WINNECOUR
CHAPTER 13 TRUSTEE, W.D. PA
P.O. Box 84051
Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the Debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate. **

DATED this 1st day of September, 2016.

_____
JEFFERY A. DELLER    mas
CHIEF U. S. BANKRUPTCY JUDGE

** IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

CASE ADMINISTRATOR SHALL SERVE:
Elisa M. Liberator-Thomas
Daniel R. White, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
9/1/16 11:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffrey L. Thomas  
Elisa M. Liberatore-Thomas  
     Debtors

Case No. 16-20253-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: msch        Page 1 of 1        Date Rcvd: Sep 01, 2016  
                        Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2016.  
db        +Jeffrey L. Thomas,   516 Bute Road,   Uniontown, PA 15401-9604  
jdb       +Elisa M. Liberatore-Thomas,   5 Greene Drive,   P.O. Box 432,   Richeyville, PA 15358-0432  
          +Zebley, Mehalov & White, P.C.,   Attn: Payroll Manager,   P.O. Box 2123,  
           Uniontown, PA 15401-1723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2016 at the address(es) listed below:  
        Andrew F Gornall   on behalf of Creditor   PNC BANK, National Association  
         agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
        Daniel R. White   on behalf of Debtor Jeffrey L. Thomas dwhite@zeblaw.com,  
         michelle@zeblaw.com;ethomas@Zeblaw.com;dwhite.zmw@gmail.com  
        Daniel R. White   on behalf of Joint Debtor Elisa M. Liberatore-Thomas dwhite@zeblaw.com,  
         michelle@zeblaw.com;ethomas@Zeblaw.com;dwhite.zmw@gmail.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                                                                                                                  TOTAL: 5