File No.: 6532-004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Elisa M. Liberatore-Thomas, | : | Case No. 16-20253 JAD |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 51 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT AND
<u>NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER</u>

    I, Daniel R. White, Attorney for Debtor, certify that on September 7, 2016, I served a copy of the Court's September 1, 2016, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at Zebley Mehalov & White, P.C. Attn: Payroll Manager, P.O. Box 2123, Uniontown, PA 15401.

    Method of service: first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: September 7, 2016

                                                ZEBLEY MEHALOV & WHITE, P.C.
                                                BY

                                                /s/ Daniel R. White
                                                     Daniel R. White
                                                     PA I.D. No. 78718
                                                     P.O. Box 2123
                                                     Uniontown, PA 15401
                                                     724-439-9200
                                                     Email: dwhite@Zeblaw.com
                                                     Attorneys for Debtors