WWR# 20638089

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Jeffrey L. Thomas ) | |
| Elisa M. Liberatore-Thomas ) | Bankruptcy No. 16-20253-JAD |
| Debtor ) | |
| ) | Chapter 13 |
| Ford Motor Credit Company, LLC ) | |
| Movant ) | Hearing Date & Time 11/2/2016 at 10:00 AM |
| ) | |
| v. ) | Response Deadline 10/14/2016 |
| ) | |
| Jeffrey L. Thomas ) | |
| Elisa M. Liberatore-Thomas ) | |
| Ronda J. Winnecour, TRUSTEE ) | |
| Respondents ) | |
| ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 09/27/2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 10/14/2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 10/17/2016

By:  /s/ Keri P. Ebeck
Keri P. Ebeck
Weltman, Weinberg & Reis Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA  15219
(412) 434-7955
PA I.D. #91298 kebeck@weltman.com