WWR # 20638089

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | **DEFAULT O/E JAD** |
| ) | |
| Jeffrey L. Thomas ) | |
| Elisa M. Liberatore-Thomas ) | Bankruptcy No. 16-20253-JAD |
| Debtors ) | |
| ) | Chapter 13 |
| Ford Motor Credit Company LLC ) | |
| ) | **Related To Doc. # 55** |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| Jeffrey L. Thomas ) | |
| Elisa M. Liberatore-Thomas ) | |
| Ronda J. Winnecour, TRUSTEE ) | |
| Respondents ) | |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This cause came on for hearing this ___19th___ day of ___Oct___, 2016, in said District, upon the Motion of Ford Motor Credit Company LLC for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that Ford Motor Credit Company LLC, Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2007 Ford Expedition, (VIN No.: 1FMFU18537LA57012); that the Movant has not been adequately protected; that the Debtors have no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Ford Motor Credit Company LLC be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

_____
Honorable Jeffery A. Deller
United States Bankruptcy Judge

Keri P. Ebeck
PA I.D. #91298 kebeck@weltman.com
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA  15219
(412) 434-7955

FILED
10/18/16 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-20253-JAD
Jeffrey L. Thomas                                                         Chapter 13
Elisa M. Liberatore-Thomas
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala            Page 1 of 1           Date Rcvd: Oct 18, 2016
                              Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2016.
db             +Jeffrey L. Thomas,   516 Bute Road,   Uniontown, PA 15401-9604
jdb            +Elisa M. Liberatore-Thomas,   5 Greene Drive,   P.O. Box 432,   Richeyville, PA 15358-0432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, National Association
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel R. White    on behalf of Debtor Jeffrey L. Thomas dwhite@zeblaw.com,   gianna@zeblaw.com
              Daniel R. White    on behalf of Joint Debtor Elisa M. Liberatore-Thomas dwhite@zeblaw.com,
               gianna@zeblaw.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7