**Form 410**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jeffrey L. Thomas**
**Elisa M. Liberatore–Thomas**
    Debtor(s)

Bankruptcy Case No.: 16–20253–JAD
Doc. No. 72
Chapter: 13
Docket No.: 73 – 72
Concil. Conf.: June 22, 2017 at 09:00 AM

### <u>ORDER</u>

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **May 8, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **May 22, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **June 22, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: March 22, 2017

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-20253-JAD
Jeffrey L. Thomas                                                   Chapter 13
Elisa M. Liberatore-Thomas
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 3            Date Rcvd: Mar 22, 2017
                             Form ID: 410             Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
```
db        +Jeffrey L. Thomas,   516 Bute Road,   Uniontown, PA 15401-9604
jdb       +Elisa M. Liberatore-Thomas,   5 Greene Drive,   P.O. Box 432,   Richeyville, PA 15358-0432
14170692  +Adagio Health,   960 Penn Avenue,   Pittsburgh, PA 15222-3812
14170699  +Brownsville ASD & Boro. c/o SWRTB,   One Centennial Way,   Scottdale, PA 15683-1741
14170700  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
           (address filed with court: Capital One,   c/o TSYS Total Debt Management,   P.O. Box 5155,
           Norcross, GA 30091)
14170701  +CBCS,   P.O. Box 2724,   Columbus, OH 43216-2724
14170703  ++CONTINENTAL FINANCE COMPANY LLC,   PO BOX 8099,   NEWARK DE 19714-8099
           (address filed with court: Continental Finance,   P.O. Box 105125,   Atlanta, GA 30348-5125)
14170702   CitiMortgage, Inc.,   Bankruptcy Servicing Center,   P.O. Box 140609,   Irving, TX 75014-0609
14182004  +Dr. Leslie P. Midla D.D.S.,   2842 Main Street,   Beallsville, PA 15313-0018
14170705   ECMC,   P.O. Box 16408,   Saint Paul, MN 55116-0408
14170706   ECMC,   P.O. Box 75906,   Saint Paul, MN 55175
14170707  +Emergency Physicians of Washington,   155 Wilson Avenue,   Washington, PA 15301-3336
14170708   Emergency Resource Management, Inc.,   P.O. Box 371980,   Pittsburgh, PA 15250-7980
14170714  ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
           (address filed with court: Ford Motor Credit Company,   National Bankruptcy Service Center,
           P.O. Box 6275,   Dearborn, MI 48121)
14170709  +Farnam & Pfile Rentals,   4306 State Route 51 South,   Belle Vernon, PA 15012-3533
14182003  +Fayette Waste,   P.O. Box 65,   Waltersburg, PA 15488-0065
14170711  +First Data,   265 Broad Hollow Road,   Melville, NY 11747-4833
14170713   First National Credit Card,   P.O. Box 5097,   Sioux Falls, SD 57117-5097
14170715   Ford Motor Credit Company,   c/o Weltman, Weinberg & Reis,
           1400 Koppers Building--436 7th Avenue,   Pittsburgh, PA 15219
14170716   Highmark Blue Shield,   120 Fifth Avenue,   Pittsburgh, PA 15222-3099
14170718  +Interventional Radiology Specialists,   10567 Sawill Parkway--Suite 100,
           Powell, OH 43065-6672
14170719   Laboratory Corporation of America,   P.O. Box 2240,   Burlington, NC 27216-2240
14170720   Legacy Visa,   P.O. Box 5097,   Sioux Falls, SD 57117-5097
14197573  +Leslie P. Midla D.D.S,   PO Box 39,   Beallsville, PA 15313-0039
14170722   McKesson Patient Care Solutions, inc.,   P.O. Box 645034,   Pittsburgh, PA 15264-5034
14170723  +Medac-Keystone Anesthesia Consultants,   The Washington Hospital,   155 Wilson Avenue,
           Washington, PA 15301-3398
14170724   Medical Bureau of Pittsburgh,   c/o CBCS,   P.O. Box 2724,   Columbus, OH 43216-2724
14182002  +Mumtaz A. Alvi, M.D.,   1580 Broad Avenue, Suite 2,   Belle Vernon, PA 15012-1998
14170726  +National Rehab Equipment, Inc.,   Airside Business Park,   540 Lindbergh Drive,
           P.O. Box 1135,   Moon Township, PA 15108-6135
14248251  +PNC BANK, National Association,   PNC Mortgage, a division of PNC Bank, NA,
           3232 Newmark Drive,   Attn: Bankruptcy,   Miamisburg, OH 45342-5421
14170732  +PNC Mortgage,   3232 Newmark Drive,   Miamisburg, OH 45342-5433
14170730  +Pathology Associates of Washington, PA,   155 Wilson Avenue,   Washington, PA 15301-3336
14170731  +Pittsburgh Veterinary Specialty Services,   807 Camp Horne Road,   Pittsburgh, PA 15237-1207
14182005  +Planet Fitness,   609 Pittsburgh Street,   Uniontown, PA 15401-2276
14170736  +Quest Diagnostics,   P.O. Box 740717,   Cincinnati, OH 45274-0717
14170738   Rohland, Patt, Rohland Associates,   119 Thornton Road,   Brownsville, PA 15417-9607
14170739   Santander Consumer USA,   Attn: Bankruptcy Dept.,   P.O. Box 560284,   Dallas, TX 75356-0284
14176183  +Santander Consumer USA, Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
14170728  +The Orthopedic Group, P.C.,   800 Plaza Drive--Suite 240,   Belle Vernon, PA 15012-4019
14170745  +The Washington Hospital,   155 Wilson Avenue,   Washington, PA 15301-3398
14182006  +Tregembo Motors,   125 Wilson Road,   Bentleyville, PA 15314-1027
14170741   Uniontown Hospital,   500 West Berkeley Street,   Uniontown, PA 15401-5596
14170743  +Verizon,   Attn: Bankruptcy,   500 Technology Drive,   Weldon Spring, MO 63304-2225
14170744   Verizon Wireless Bankruptcy Admin.,   P.O. Box 3397,   Bloomington, IL 61702-3397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14173420   E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 23 2017 01:36:02
           American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
           Irving, TX 75016-8088,   866-716-6444
14170695   E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 23 2017 01:36:02     American Honda Finance,
           P.O. Box 168088,   Irving, TX 75016-8088
14170697   E-mail/Text: g20956@att.com Mar 23 2017 01:36:22     AT&T Mobility,   5020 Ash Grove Road,
           Springfield, IL 62711-6329
14170693   E-mail/Text: ally@ebn.phinsolutions.com Mar 23 2017 01:34:54     Ally Financial,
           P.O. Box 130424,   Roseville, MN 55113-0004
14218724   E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2017 01:33:45
           American InfoSource LP as agent for,   Verizon,   PO Box 248838,
           Oklahoma City, OK  73124-8838
14170696  +E-mail/Text: bkrpt@retrievalmasters.com Mar 23 2017 01:35:49
           American Medical Collection Agency,   4 Westchester Plaza--Building 4,
           Elmsford, NY 10523-1615
14170698   E-mail/Text: bnc@bass-associates.com Mar 23 2017 01:34:54     Bass & Associates,
           3936 East Fort Lowell Road--Suite 200,   Tucson, AZ 85712-1083
```

```
District/off: 0315-2          User: msch              Page 2 of 3           Date Rcvd: Mar 22, 2017
                             Form ID: 410             Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14170704       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Mar 23 2017 01:36:16
                Credit Management Company,   2121 Noblestown Road,  P.O. Box 16346,
                Pittsburgh, PA 15242-0346
14170712       +E-mail/Text: jwever@firstknox.com Mar 23 2017 01:34:50     First Knox National Bank,
                P.O. Box 1270,   Mount Vernon, OH 43050-1270
14170717        E-mail/Text: cio.bncmail@irs.gov Mar 23 2017 01:35:04     Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
14170721       +E-mail/Text: ebn@ltdfin.com Mar 23 2017 01:35:10     LTD Financial Services,
                7322 Southwest Freeway--Suite 1600,   Houston, TX 77074-2010
14170725        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 23 2017 01:33:39     Midland Funding,
                c/o American InfoSource LP,   P.O. Box 4457,   Houston, TX 77210-4457
14170727       +E-mail/Text: bankruptcydepartment@tsico.com Mar 23 2017 01:36:32
                NCO Financial Systems, Inc.,   P.O. Box 15618, Dept. 51,   Wilmington, DE 19850-5618
14170729        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2017 01:35:29     PA Department of Revenue,
                Bankruptcy Division,   Dept. 280946,   Harrisburg, PA 17128-0946
14170733        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2017 01:33:39
                Portfolio Recovery,   P.O. Box 41067,   Norfolk, VA 23541
14179617        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2017 01:48:43
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14182009       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2017 01:35:29
                Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                Harrisburg, PA 17128-0946
14170734       +E-mail/Text: csidl@sbcglobal.net Mar 23 2017 01:36:17     Premier BankCard/Charter,
                P.O. Box 2208,   Vacaville, CA 95696-8208
14172882        E-mail/Text: bnc-quantum@quantum3group.com Mar 23 2017 01:35:17
                Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
                Kirkland, WA 98083-0788
14170735        E-mail/Text: bnc-quantum@quantum3group.com Mar 23 2017 01:35:17     Quantum3 Group, LLC,
                P.O. Box 788,   Kirkland, WA 98083-0788
14170737       +E-mail/Text: Supportservices@receivablesperformance.com Mar 23 2017 01:36:35
                Receivables Performance Management,   20816 44th Avenue West--Suite 100,
                Lynnwood, WA 98036-7744
14170740        E-mail/PDF: clerical@simmassociates.com Mar 23 2017 01:26:04     Simm Associates, Inc.,
                P.O. Box 7526,   Newark, DE 19714-7526
14170742       +E-mail/Text: BankruptcyNotice@upmc.edu Mar 23 2017 01:36:28     UPMC Physician Services,
                1650 Metropolitan Street,   Third Floor--Customer Service,   Pittsburgh, PA 15233-2213
14170746        E-mail/Text: bankrupt-adjdept@wesbanco.com Mar 23 2017 01:36:13     WesBanco Bank,
                Bankruptcy Department,   One Bank Plaza,   Wheeling, WV 26003-3565
                                                                                           TOTAL: 24


               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company LLC
cr              PNC BANK, National Association
14192630*      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,   Dept. 55953,   P O Box 55000,
                Detroit MI, 48255-0953)
14195705*      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,   P.O. Box 62180,
                Colorado Springs, CO 80962)
14170694       ##+AmerAssist AR Solutions,   8415 Pulsar Place,   Columbus, OH 43240-4033
14170710       ##Fidelis Recovery Management, LLC,   2221 New Market Parkway, Suite108,
                Marietta, GA 30067-9310
                                                                        TOTALS: 2, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                                          Signature:  /s/Joseph Speetjens

District/off: 0315-2          User: msch              Page 3 of 3              Date Rcvd: Mar 22, 2017
                              Form ID: 410            Total Noticed: 68

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor   PNC BANK, National Association
        agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Daniel R. White    on behalf of Joint Debtor Elisa M. Liberatore-Thomas dwhite@zeblaw.com,
        gianna@zeblaw.com;dwhite.zmw@gmail.com
        Daniel R. White    on behalf of Debtor Jeffrey L. Thomas dwhite@zeblaw.com,
        gianna@zeblaw.com;dwhite.zmw@gmail.com
        James  Warmbrodt    on behalf of Creditor   PNC BANK, National Association bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor   PNC BANK, National Association bkgroup@kmllawgroup.com
        Keri P. Ebeck    on behalf of Creditor   Ford Motor Credit Company LLC kebeck@weltman.com,
        jbluemle@weltman.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                              TOTAL: 8