**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JEFFREY L. THOMAS and | BANKRUPTCY NO.: 16-20253-JAD |
| ELISA M. LIBERATORE-THOMAS | |
| Debtors. | CHAPTER 13 |
| | |
| MARILYN MERCEDES THOMAS | |
| Co Debtor | JUDGE JEFFERY A. DELLER |
| | |
| WESBANCO BANK, INC. | |
| Movant, | |
| v. | |
| | |
| JEFFREY L. THOMAS, | |
| ELISA M. LIBERATORE-THOMAS and | |
| MARILYN MERCEDES THOMAS | |
| Respondents. | |

NOTICE OF HEARING WITH RESPONSE DEADLINE ON
MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. §362 AND
CO-DEBTOR STAY UNDER 11 U.S.C. §1301

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **May 8, 2017**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page a www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as schedule.

You should take this to your lawyer at once.

A hearing will be held on **May 31, 2017, at 11:00 a.m.** before Judge Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the

relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:  April 20, 2017

*/s/ Andrew R/ Thalman*
Andrew R. Thalman, Esq.
(PA Bar ID No. 207466)
PHILLIPS, GARDILL, KAISER & ALTMEYER, PLLC
61 Fourteenth Street, Wheeling, WV  26003
T:  (304) 232-6810; F:  (304) 232-4918
Email: andrewthalman@pgka.com
*Counsel for WesBanco Bank, Inc.*

## CERTIFICATE OF SERVICE

Service of the foregoing NOTICE OF HEARING was had via the Court's ECF delivery system or mailing by United States Mail, First Class, postage prepaid, a true copy thereof this 20th day of April, 2017, as follows:

United States Trustee
2025 United States Courthouse
300 Virginia Street East
Charleston, WV  25301
debra.a.wertman@usdoj.gov
*service via the ECF delivery system*

Ronda J. Winnecour, Esq.
600 Grant Street
Suite 2830, USX Tower
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Bankruptcy Trustee*
*service via the ECF delivery system*

Jeffrey L. Thomas
103 Ann Street
Brownsville, PA  15417
*Debtor –service via U.S. Mail*

Elisa M. Liberatore-Thomas
103 Ann Street
Brownsville, PA  15417
*Debtor –service via U.S. Mail*

Daniel R. White, Esq.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA  15401
dwhite@zeblaw.com
*Counsel for Debtors*
*Service via the ECF delivery system*

Marilyn Mercedes Thomas
103 Ann Street
Brownsville, PA  15417
*Co-Debtor-service via U.S. Mail*

Respectfully submitted,

*/s/ Andrew R. Thalman*_____
Andrew R. Thalman, Esq. (PA ID No. 207466)
PHILLIPS, GARDILL, KAISER & ALTMEYER, PLLC
61 Fourteenth Street, Wheeling, WV  26003
T:  (304) 232-6810; F:  (304) 232-4918
*Counsel for Wesbanco Bank, Inc.*

{P0239139.1}                                3

{P0239139.1}