# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    **JEFFREY L. THOMAS and**          **BANKRUPTCY NO.:  16-20253-JAD**
    **ELISA M. LIBERATORE-THOMAS**
        Debtors.                 **CHAPTER 13**

    **MARILYN MERCEDES THOMAS**
        Co Debtor             **JUDGE JEFFERY A. DELLER**

    **WESBANCO BANK, INC.**
        Movant,

**v.**

    **JEFFREY L. THOMAS,**
    **ELISA M. LIBERATORE-THOMAS and**
    **MARILYN MERCEDES THOMAS**
        Respondents.

## CERTIFICATION OF NO OBJECTION REGARDING
## WESBANCO BANK INC.'S MOTION FOR RELIEF FROM THE
## AUTOMATIC STAY UNDER 11 U.S.C. §362

        The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on April 20, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 8, 2017.

        It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: May 10, 2017                      By: _/s/Andrew R. Thalman_
                                     ANDREW R. THALMAN, ESQ.
                                       PA Bar ID # 207466
                                       Phillips, Gardill, Kaiser &
                                       Altmeyer, PLLC
                                       61 Fourteenth Street,
                                       Wheeling, WV 26003
                                       T: (304) 232-6810 F: (304) 232-4918
                                       andrewthalman@pgka.com

{P0242218.1}

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    **JEFFREY L. THOMAS and**        **BANKRUPTCY NO.: 16-20253-JAD**
    **ELISA M. LIBERATORE-THOMAS**
        **Debtors.**                **CHAPTER 13**

    **MARILYN MERCEDES THOMAS**
        **Co Debtor**            **JUDGE JEFFERY A. DELLER**

## CERTIFICATE OF SERVICE

      I hereby certify that on May 10, 2017, a copy of the foregoing CERTIFICATION OF NO OBJECTION REGARDING WESBANCO'S MOTION FOR RELIEF FROM STAY was served by United States Mail, First Class, postage prepaid and/or electronically through the Court's ECF System at the email address registered with the Court on the following:

United States Trustee
2025 United States Courthouse
300 Virginia Street East
Charleston, WV  25301
debra.a.wertman@usdoj.gov
*service via the ECF delivery system*

Ronda J. Winnecour, Esq.
600 Grant Street
Suite 2830, USX Tower
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com
*Bankruptcy Trustee*
*service via the ECF delivery system*

Jeffrey L. Thomas
103 Ann Street
Brownsville, PA  15415
*Debtor –service via U.S. Mail*

Elisa M. Liberatore-Thomas
103 Ann Street
Brownsville, PA  15417
*Debtor –service via U.S. Mail*

Daniel R. White, Esq.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA  15401
dwhite@zeblaw.com
*Counsel for Debtors*
*Service via the ECF delivery system*

Marilyn Mercedes Thomas
103 Ann Street
Brownsville, PA  15417
*Co-Debtor-service via U.S. Mail*

                */s/ Andrew R. Thalman*
                Andrew R. Thalman, Esq.
                Phillips, Gardill, Kaiser & Altmeyer, PLLC
                *Attorney for WesBanco Bank, Inc.*

{P0242218.1}