**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    JEFFREY L. THOMAS and<br>    ELISA M. LIBERATORE-THOMAS<br>        Debtors. | BANKRUPTCY NO. 16-20253-JAD<br><br>CHAPTER 13 |
|     MARILYN MERCEDES THOMAS<br>        Co Debtor | RELATED TO DOC. NO. 75 |
|     WESBANCO BANK, INC.<br>        Movant,<br>v.<br>    JEFFREY L. THOMAS,<br>    ELISA M. LIBERATORE-THOMAS and<br>    MARILYN MERCEDES THOMAS<br>        Respondents. | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

### 2007 VOLKSWAGEN JETTA, VIN NO. ****5547

This matter came to be considered on the Motion for Relief from the Automatic Stay and Co-Debtor Stay, (the "Motion"), filed by WesBanco Bank, Inc. (the "Movant").

The Movant has alleged that good cause exists for granting the Motion and that the Debtors, Co-Debtor, counsel for the Debtors, the Trustee, and all other necessary parties were served with the Motion. No Party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the Relief request.

IT IS, THEREFORE, ORDERED:

1.    The Motion is granted and the automatic stay imposed by §362 and Co-Debtor Stay imposed by §1301 of the Bankruptcy Code is terminated as to the Movant, WesBanco Bank, Inc., its

{P0237906.1}

successors and/or assigns, with respect to the 2007 Volkswagen Jetta, VIN No. ****5547.

2. Movant, WesBanco Bank, Inc., its successors and /or assigns, may enforce and implement this Order granting relief from the Automatic Stay and Co-Debtor Stay following the expiration of the fourteen (14) day period mandated by Bankruptcy Rule 4001 (a)(3).

**IT IS SO ORDERED.**

Dated: 5-16-2017

**CHIEF JUDGE JEFFERY A. DELLER**

Respectfully submitted,

*/s/ Andrew R/ Thalman*
Andrew R. Thalman, Esq.
(PA Bar ID No. 207466)
PHILLIPS, GARDILL, KAISER & ALTMEYER, PLLC
61 Fourteenth Street
Wheeling, WV  26003
T:  (304) 232-6810; F:  (304) 232-4918
Email: andrewthalman@pgka.com
*Counsel for WesBanco Bank, Inc.*

FILED
5/16/17 9:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

{P0237906.1}

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-20253-JAD
Jeffrey L. Thomas                                                     Chapter 13
Elisa M. Liberatore-Thomas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: May 16, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db            +Jeffrey L. Thomas,    516 Bute Road,    Uniontown, PA 15401-9604
jdb           +Elisa M. Liberatore-Thomas,    5 Greene Drive,    P.O. Box 432,    Richeyville, PA 15358-0432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, National Association
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew R. Thalman    on behalf of Creditor    WESBANCO BANK, INC andrewthalman@pgka.com
              Daniel R. White    on behalf of Joint Debtor Elisa M. Liberatore-Thomas dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              Daniel R. White    on behalf of Debtor Jeffrey L. Thomas dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9