UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/6/18 9:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:
JEFFREY L. THOMAS
ELISA M. LIBERATORE-THOMAS
    Debtor(s)
Ronda J. Winnecour, Trustee
    Movant
    vs.
JEFFREY L. THOMAS
ELISA M. LIBERATORE-THOMAS
    Respondent(s)

Case No. 16-20253JAD
Chapter 13

Related to Document No. __88__

## ORDER

AND NOW, this __6th__ day of __February__, __2018__, the Court having considered the Chapter 13 Trustee's certification (or request) for dismissal, and any responses thereto, the following relief (as reflected by the checked boxes below) is **ORDERED, ADJUDGED and DECREED:**

☐     This case is **DISMISSED**, with prejudice. The Debtor(s) is/are ineligible for bankruptcy relief under any chapter for a period of 180 days from the date of this Order.

☐     This case is **DISMISSED**, without prejudice.

If either of the above provisions is checked, indicating that this case is being dismissed, then it is **FURTHER ORDERED** as follows:

A.     Each wage attachment issued in this case is now terminated. So that each employer knows to stop the wage attachment, the Debtor(s) shall immediately serve a copy of this Order on each employer and file a proof of service within 10 days of the date of this Order.

B.     This case is administratively closed. However, Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further Order of Court.

Motion is Withdrawn Per confirmation of Plan.

4

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 16-20253-JAD
Jeffrey L. Thomas                                                       Chapter 13
Elisa M. Liberatore-Thomas
        Debtors                            CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                   Page 1 of 3                   Date Rcvd: Feb 06, 2018
                               Form ID: pdf900              Total Noticed: 70


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
db             +Jeffrey L. Thomas,    516 Bute Road,    Uniontown, PA 15401-9604
jdb            +Elisa M. Liberatore-Thomas,    5 Greene Drive,    P.O. Box 432,    Richeyville, PA 15358-0432
14170692       +Adagio Health,    960 Penn Avenue,    Pittsburgh, PA 15222-3812
14170699       +Brownsville ASD & Boro. c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741
14170700      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    c/o TSYS Total Debt Management,    P.O. Box 5155,
                 Norcross, GA 30091)
14170701        CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
14170703      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance,    P.O. Box 105125,    Atlanta, GA 30348-5125)
14170702        CitiMortgage, Inc.,    Bankruptcy Servicing Center,    P.O. Box 140609,    Irving, TX 75014-0609
14182004       +Dr. Leslie P. Midla D.D.S.,    2842 Main Street,    Beallsville, PA 15313-0018
14170705        ECMC,    P.O. Box 16408,    Saint Paul, MN 55116-0408
14170706        ECMC,    P.O. Box 75906,    Saint Paul, MN 55175
14170707       +Emergency Physicians of Washington,    155 Wilson Avenue,    Washington, PA 15301-3336
14170708        Emergency Resource Management, Inc.,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14170714      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company,    National Bankruptcy Service Center,
                 P.O. Box 6275,   Dearborn, MI 48121)
14170709       +Farnam & Pfile Rentals,    4306 State Route 51 South,    Belle Vernon, PA 15012-3533
14182003       +Fayette Waste,    P.O. Box 65,    Waltersburg, PA 15488-0065
14767849       +Fayette Waste, LLC,    PO Box 1086,    Uniontown, PA 15401-1086
14170711       +First Data,    265 Broad Hollow Road,    Melville, NY 11747-4833
14170712       +First Knox National Bank,    P.O. Box 1270,    Mount Vernon, OH 43050-1270
14170713        First National Credit Card,    P.O. Box 5097,    Sioux Falls, SD 57117-5097
14170715        Ford Motor Credit Company,    c/o Weltman, Weinberg & Reis,
                 1400 Koppers Building--436 7th Avenue,    Pittsburgh, PA 15219
14170716        Highmark Blue Shield,    120 Fifth Avenue,    Pittsburgh, PA 15222-3099
14170718       +Interventional Radiology Specialists,    10567 Sawill Parkway--Suite 100,
                 Powell, OH 43065-6672
14170719        Laboratory Corporation of America,    P.O. Box 2240,    Burlington, NC 27216-2240
14170720        Legacy Visa,    P.O. Box 5097,    Sioux Falls, SD 57117-5097
14197573       +Leslie P. Midla D.D.S,    PO Box 39,    Beallsville, PA 15313-0039
14170722        McKesson Patient Care Solutions, inc.,    P.O. Box 645034,    Pittsburgh, PA 15264-5034
14170723       +Medac-Keystone Anesthesia Consultants,    The Washington Hospital,    155 Wilson Avenue,
                 Washington, PA 15301-3398
14170724        Medical Bureau of Pittsburgh,    c/o CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
14182002        Mumtaz A. Alvi, M.D.,    1580 Broad Avenue, Suite 2,    Belle Vernon, PA 15012-1998
14170726        National Rehab. Equipment, Inc.,    Airside Business Park,    540 Lindbergh Drive,
                 P.O. Box 1135,    Moon Township, PA 15108-6135
14248251       +PNC BANK, National Association,    PNC Mortgage, a division of PNC Bank, NA,
                 3232 Newmark Drive,    Attn: Bankruptcy,    Miamisburg, OH 45342-5421
14170732       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14170730       +Pathology Associates of Washington, PA,    155 Wilson Avenue,    Washington, PA 15301-3336
14170731       +Pittsburgh Veterinary Specialty Services,    807 Camp Horne Road,    Pittsburgh, PA 15237-1207
14182005       +Planet Fitness,    609 Pittsburgh Street,    Uniontown, PA 15401-2276
14170736        Quest Diagnostics,    P.O. Box 740717,    Cincinnati, OH 45274-0717
14170738        Rohland, Patt, Rohland Associates,    119 Thornton Road,    Brownsville, PA 15417-9607
14170739        Santander Consumer USA,    Attn: Bankruptcy Dept.,    P.O. Box 560284,    Dallas, TX 75356-0284
14176183       +Santander Consumer USA, Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14170728       +The Orthopedic Group, P.C.,    800 Plaza Drive--Suite 240,    Belle Vernon, PA 15012-4019
14170745       +The Washington Hospital,    155 Wilson Avenue,    Washington, PA 15301-3398
14182006       +Tregembo Motors,    125 Wilson Road,    Bentleyville, PA 15314-1027
14170741        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596
14170743       +Verizon,    Attn: Bankruptcy,    500 Technology Drive,    Weldon Spring, MO 63304-2225
14170744        Verizon Wireless Bankruptcy Admin.,    P.O. Box 3397,    Bloomington, IL 61702-3397

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bankrupt-adjdept@wesbanco.com Feb 07 2018 02:12:52      WESBANCO BANK, INC,
                 WESBANCO BANK.INC,    1 BANK PLAZA,    WHEELING, WV 26003-3565
14170695        E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 07 2018 02:12:47      American Honda Finance,
                 P.O. Box 168088,    Irving, TX 75016-8088
14173420        E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 07 2018 02:12:47
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088,    866-716-6444
14170697        E-mail/Text: g20956@att.com Feb 07 2018 02:12:57      AT&T Mobility,    5020 Ash Grove Road,
                 Springfield, IL 62711-6329
14170693        E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2018 02:12:16      Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
14218724        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2018 02:17:04
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
```

```
District/off: 0315-2           User: jhel                   Page 2 of 3                   Date Rcvd: Feb 06, 2018
                               Form ID: pdf900              Total Noticed: 70

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14170696        +E-mail/Text: bkrpt@retrievalmasters.com Feb 07 2018 02:12:39
                  American Medical Collection Agency,    4 Westchester Plaza--Building 4,
                  Elmsford, NY 10523-1615
14170698         E-mail/Text: bnc@bass-associates.com Feb 07 2018 02:12:16     Bass & Associates,
                  3936 East Fort Lowell Road--Suite 200,    Tucson, AZ 85712-1083
14170704        +E-mail/Text: kcarter@creditmanagementcompany.com Feb 07 2018 02:12:53
                  Credit Management Company,    2121 Noblestown Road,    P.O. Box 16346,
                  Pittsburgh, PA 15242-0346
14170712        +E-mail/Text: collectionslegal@parknationalbank.com Feb 07 2018 02:13:12
                  First Knox National Bank,    P.O. Box 1270,    Mount Vernon, OH 43050-1270
14170717         E-mail/Text: cio.bncmail@irs.gov Feb 07 2018 02:12:23     Internal Revenue Service,
                  P.O. Box 7346,    Philadelphia, PA 19101-7346
14170721        +E-mail/Text: ebn@ltdfin.com Feb 07 2018 02:12:25     LTD Financial Services,
                  7322 Southwest Freeway--Suite 1600,    Houston, TX 77074-2010
14170725         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2018 02:16:48      Midland Funding,
                  c/o American InfoSource LP,    P.O. Box 4457,    Houston, TX 77210-4457
14170727        +E-mail/Text: bankruptcydepartment@tsico.com Feb 07 2018 02:13:03
                  NCO Financial Systems, Inc.,    P.O. Box 15618, Dept. 51,    Wilmington, DE 19850-5618
14170729         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2018 02:12:38      PA Department of Revenue,
                  Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
14170733         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2018 02:17:22
                  Portfolio Recovery,    P.O. Box 41067,    Norfolk, VA 23541
14179617         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2018 02:16:48
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14182009        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2018 02:12:38
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA 17128-0946
14170734        +E-mail/Text: csidl@sbcglobal.net Feb 07 2018 02:12:54     Premier BankCard/Charter,
                  P.O. Box 2208,    Vacaville, CA 95696-8208
14172882         E-mail/Text: bnc-quantum@quantum3group.com Feb 07 2018 02:12:29
                  Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                  Kirkland, WA 98083-0788
14170735         E-mail/Text: bnc-quantum@quantum3group.com Feb 07 2018 02:12:29      Quantum3 Group, LLC,
                  P.O. Box 788,    Kirkland, WA 98083-0788
14170737        +E-mail/Text: Supportservices@receivablesperformance.com Feb 07 2018 02:13:06
                  Receivables Performance Management,    20816 44th Avenue West--Suite 100,
                  Lynnwood, WA 98036-7744
14170740         E-mail/PDF: clerical@simmassociates.com Feb 07 2018 02:09:10      Simm Associates, Inc.,
                  P.O. Box 7526,    Newark, DE 19714-7526
14170742        +E-mail/Text: BankruptcyNotice@upmc.edu Feb 07 2018 02:12:59      UPMC Physician Services,
                  1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2213
14170746         E-mail/Text: bankrupt-adjdept@wesbanco.com Feb 07 2018 02:12:52      WesBanco Bank,
                  Bankruptcy Department,    One Bank Plaza,    Wheeling, WV 26003-3565
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company LLC
cr              PNC BANK, National Association
14192630*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,     Dept.  55953,   P O Box 55000,
                  Detroit  MI, 48255-0953)
14195705*      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Company LLC,     P. O. Box 62180,
                  Colorado Springs, CO 80962)
14170694       ##+AmerAssist AR Solutions,    8415 Pulsar Place,    Columbus, OH 43240-4033
14170710       ##Fidelis Recovery Management, LLC,    2221 New Market Parkwaye, Suite108,
                  Marietta, GA 30067-9310
                                                                                   TOTALS: 2, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2          User: jhel              Page 3 of 3              Date Rcvd: Feb 06, 2018
                              Form ID: pdf900         Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2018 at the address(es) listed below:
              Andrew F Gornall     on behalf of Creditor    PNC BANK, National Association
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew R. Thalman     on behalf of Creditor    WESBANCO BANK, INC andrewthalman@pgka.com
              Daniel R. White     on behalf of Joint Debtor Elisa M. Liberatore-Thomas dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White     on behalf of Debtor Jeffrey L. Thomas dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
              James P. Valecko     on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               jbluemle@weltman.com
              Joshua I. Goldman     on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```