**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/06/2018

IN RE:

JEFFREY L. THOMAS
516 BUTE ROAD
UNIONTOWN, PA 15401
XXX-XX-1892          Debtor(s)

Case No.16-20253 JAD

Chapter 13

ELISA M. LIBERATORE-THOMAS
5 GREENE DRIVE
PO BOX 432
RICHEYVILLE, PA 15358
XXX-XX-0177

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/6/2018

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / INT % | CRED DESC / Account |
|---|---|---|
| **AMERICAN HONDA FINANCE CORP*** <br> NATIONAL BANKRUPTCY CENTER <br> POB 168088 <br> IRVING, TX  75016-8088 | Trustee Claim Number:1    INT %: 9.99% <br> Court Claim Number:2 <br> CLAIM:  1,404.19 <br> COMMENT: $/CL-PL@9.99%MDF/PL | CRED DESC:  VEHICLE <br> ACCOUNT NO.: 5865 |
| **CITIMORTGAGE(*)** <br> POB 688971 <br> DES MOINES, IA  50368-8971 | Trustee Claim Number:2    INT %: 0.00% <br> Court Claim Number:NC <br> CLAIM:  0.00 <br> COMMENT:  RS/MDF DOE*2ND*SURR/PL | CRED DESC:  MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.: 9743 |
| **FORD MOTOR CREDIT COMPANY LLC(*)** <br> DEPT 55953 <br> PO BOX 55000 <br> DETROIT, MI  48255-0953 | Trustee Claim Number:3    INT %: 0.00% <br> Court Claim Number:9 <br> CLAIM:  0.00 <br> COMMENT:  RS/DOE*SURR/PL*CL=12189.05 | CRED DESC:  VEHICLE <br> ACCOUNT NO.: 9571 |
| **PNC MORTGAGE DIV PNC BANK NA** <br> ATTN BANKRUPTCY DEPT <br> 3232 NEWMARK DR <br> MIAMISBURG, OH  45342 | Trustee Claim Number:4    INT %: 0.00% <br> Court Claim Number:16 <br> CLAIM:  0.00 <br> COMMENT:  RS MDF DOE*SURR/PL*1ST*BGN 2/16*CL=51121.45 | CRED DESC:  MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.: 1683 |
| **WESBANCO BANK INC(*)** <br> ATTN CHECK PROCESSING <br> ONE BANK PLAZA <br> WHEELING, WV  26003 | Trustee Claim Number:5    INT %: 0.00% <br> Court Claim Number:15 <br> CLAIM:  0.00 <br> COMMENT:  R/S DOE*SURR/PL*CL=7500*DK*W/70 | CRED DESC:  VEHICLE <br> ACCOUNT NO.: 9933 |
| **FORD MOTOR CREDIT CO**** <br> C/O WELTMAN WEINBERG & REIS CO LPA <br> 2500 KOPPERS BLDG <br> 436 SEVENTH AVE <br> PITTSBURGH, PA  15219 | Trustee Claim Number:6    INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **BASS & ASSOCIATES PC*** <br> 3936 E FT LOWELL STE 200 <br> TUCSON, AZ  85712 | Trustee Claim Number:7    INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  AMERICAN HONDA | CRED DESC:  NOTICE ONLY <br> ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:8    INT %: 0.00% <br> Court Claim Number:8-2 <br> CLAIM:  7,447.14 <br> COMMENT:  0177/1892*9045.37@0%/PL*AMD*DUP CHGS @ 72 | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.: 1892 |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA  17128 | Trustee Claim Number:9    INT %: 0.00% <br> Court Claim Number:5 <br> CLAIM:  392.81 <br> COMMENT: $/CL-PL@0%/PL | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.: 1892 |
| **ADAGIO HEALTH INC** <br> 960 PENN AVE <br> STE 600 <br> PITTSBURGH, PA  15222 | Trustee Claim Number:10   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT: | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 5804 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **ALLY FINANCIAL(*)**<br>ATTN TRUSTEE PAYMENT CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 9,666.37<br>COMMENT: CO-DTR W/DAUGHTER*DFNCY BAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8151 |
| **MUMTAZ A ALVI MD**<br>1580 BROAD AVE<br><br>BELLE VERNON, PA 15012 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8480 |
| **AT & T MOBILITY**<br>5020 ASH GROVE RD<br><br>SPRINGFIELD, IL 62711-6329 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1204 |
| **AT & T MOBILITY**<br>5020 ASH GROVE RD<br><br>SPRINGFIELD, IL 62711-6329 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0078 |
| **BROWNSVILLE ASD & BROWNSVILLE BOROUG**<br>C/O SWRTB - DLNQ CLLCTR<br>ONE CENTENNIAL WAY<br>SCOTTDALE, PA 15683-1792 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 2007 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0177 |
| **BROWNSVILLE ASD & BROWNSVILLE BOROUG**<br>C/O SWRTB - DLNQ CLLCTR<br>ONE CENTENNIAL WAY<br>SCOTTDALE, PA 15683-1792 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 2009-2014 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0177 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 394.64<br>COMMENT: CAPITAL ONE/HSBC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1445 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC 28269 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0740 |
| **VERVE CONTINENTAL FINANCE**<br>PO BOX 105125<br><br>ATLANTA, GA 30348-5125 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONTINENTAL FNCE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6693 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 31,069.45<br>COMMENT: 0005/SCH*AES/PHEAA | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0177 |

| Creditor | Trustee Claim / Court Claim | Credit Description / Account | Claim / Comment |
|---|---|---|---|
| **EMERGENCY PHYSICIANS OF WASHINGTON**<br>155 WILSON AVE<br><br>WASHINGTON, PA  15301 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6369 | |
| **EMERGENCY RESOURCE MGMT**<br>POB 371980<br><br>PITTSBURGH, PA  15250 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0165 | |
| **FARNAM & PFILE RENTALS**<br>4306 STATE RT 51 SOUTH<br><br>BELLE VERNON, PA  15012 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  10CV | |
| **FAYETTE WASTE LLC**<br>PO BOX 1086<br><br>UNIONTOWN, PA  15401 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:17-2<br>CLAIM:  50.00<br>COMMENT:  AMD*SVC 10/13/15 | CRED DESC:  UNSECURED/LATE FILED<br>ACCOUNT NO.:  5973 | |
| **FIRST DATA++**<br>C/O BECKET & LEE LLP<br>POB 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ADR/SCH=BAD*NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8000 | |
| **FIRST KNOX NATIONAL BANK**<br>ONE SOUTH MAIN ST<br>PO BOX 1270<br>MOUNT VERNON, OH  43050 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  3,297.90<br>COMMENT:  REPO~X0613~2007 HARLEY SPORTSTER/SCH*DFNCY BAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0069 | |
| **HIGHMARK BLUE SHIELD**<br>120 FIFTH AVE<br><br>PITTSBURGH, PA  15222-3099 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 | |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:8-2<br>CLAIM:  7,899.16<br>COMMENT:  0177/1892*AMD*DUP CHGS @ 73 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1892 | |
| **INTERVENTIONAL RADIOLOGY SPECIALISTS**<br>POB 951386<br><br>CLEVELAND, OH  44193-0011 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7825 | |
| **LABORATORY CORPORATION OF AMERICA**<br>PO BOX 2240<br><br>BURLINGTON, NC  27216-2240 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  IOUS | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **LEGACY VISA**<br>C/O MILLENNIUM FINANCIAL GROUP LLC<br>3000 UNITED FOUNDERS BLVD STE 219<br>OKLAHOMA CITY, OK  73112 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3998 |
| **MCKESSON PATIENT CARE SOLUTIONS**<br>PO BOX 1135<br>CORAOPOLIS, PA  15108 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6490 |
| **MEDAC INC FOR KEYSTONE ANESTHESIA CONS**<br>150 BLUFF AVE<br>NORTH AUGUSTA, SC  29841 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7825 |
| **MEDICAL BUREAU OF PITTSBURGH**<br>C/O CBCS<br>PO BOX 2724<br>COLUMBUS, OH  43216-2724 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8400 |
| **LESLIE P MIDLA DDS**<br>2842 MAIN ST<br>BEALLSVILLE, PA  15313-2000 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:10<br>CLAIM:  308.00<br>COMMENT:  0009/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6810 |
| **NATIONAL REHAB**<br>540 LINDBERGH DR<br>POB 1135<br>MOON TWP, PA  15108 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ORTHOPEDIC GROUP**<br>800 PLAZA DR<br>STE 240<br>BELLE VERNON, PA  15012 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5606 |
| **PATHOLOGY ASSOCIATES OF WASHINGTON PA**<br>155 WILSON AVE<br>WASHINGTON, PA  15301 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0211 |
| **PITTSBURGH VETERINARY SURGERY PC**<br>807 CAMP HORNE RD<br>PITTSBURGH, PA  15237 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PITTSBURGH VET SPEC SVCS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PLANET FITNESS**<br>609 PITTSBURGH ST<br>UNIONTOWN, PA  15401 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0043 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **PREMIER BANKCARD/CHARTER**<br>C/O CSI<br>POB 2208<br>VACAVILLE, CA  95696 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2603 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDII**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 1,279.66<br>COMMENT: APPLIED CARD SYST | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2744 |
| **QUEST DIAGNOSTIC VENTURE LLC**<br>PO BOX 740717<br>CINCINATI, OH  45274 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6467 |
| **QUEST DIAGNOSTIC VENTURE LLC**<br>PO BOX 740717<br>CINCINATI, OH  45274 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: IOUS |
| **ROHLAND PRATT ROHLAND ASSOCIATES**<br>119 THORNTON RD<br>BROWNSVILLE, PA  15417-9607 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3994 |
| **SANTANDER CONSUMER USA\*\***<br>PO BOX 560284<br>DALLAS, TX  75356 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 7,582.00<br>COMMENT: 1000~SURR/SCH\*REPO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3665 |
| **TREGEMBO MOTORS**<br>125 WILSON RD<br>BENTLEYVILLE, PA  15314 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: UNKNWN AMT/SCH\*JUDGMNT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2015 |
| **UNIONTOWN HOSPITAL**<br>500 W BERKELEY ST<br>UNIONTOWN, PA  15401 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: IOUS |
| **UPMC PHYSICIAN SERVICES++**<br>C/O UPMC TREASURY DEPT<br>US STEEL TOWER - MS UST 01-41-02<br>600 GRANT ST 41ST FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4522 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 149.63<br>COMMENT: 741Y/SCH\*LOAN BGN 4/8/15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8257 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0212 | CLAIM: 626.52<br>COMMENT: 2886/SCH |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: 12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 | CLAIM: 783.32<br>COMMENT: 9944/SCH |
| **WASHINGTON HOSPITAL**<br>155 WILSON AVENUE<br>WASHINGTON, PA  15301 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **AMERASSIST AR SOLUTIONS**<br>8415 PULSAR PL<br>COLUMBUS, OH  43240 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: ROHLAND PATT |
| **AMERICAN MEDICAL COLLECTION AGENCY**<br>4 WESTCHESTER PLAZA<br>STE 110<br>ELMSFORD, NY  10523 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: QUEST |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH  43216-2724 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: WASHINGTON HOSPITAL & MCKESSON |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA  15205-3956 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: EMERGENCY RESOURCE |
| **ECMC NOTICING\*\***<br>PO BOX 16408<br>ST PAUL, MN  55116-0408 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: ECMC |
| **FIDELIS RECOVERY MANAGEMENT LLC**<br>2221 NEW MARKET PARKWAY STE 108<br>MARIETTA, GA  30067-9310 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: CONTINENTAL FINNC |
| **FIRST NATIONAL CREDIT CARD**<br>POB 5097<br>SIOUX FALLS, SD  57117-5097 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: LEGACY VISA |

| Creditor | Claim Info | Credit Desc / Account |
|---|---|---|
| **LTD FINANCIAL SVCS**<br>AKA LTD ACQUISITIONS LLC<br>7322 SOUTHWEST FREEWAY #1600<br>HOUSTON, TX 77074 | Trustee Claim Number: 61  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LEGACY VISA | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC BY AMERICAN INFOSOI**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 62  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br>HORSHAM, PA 19044 | Trustee Claim Number: 63  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH*INVERVENTIONAL RADIOLOGY | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br>NORFOLK, VA 23541-1067 | Trustee Claim Number: 64  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: INTERVENTIONAL RADIOLOGY SPEC & CAP ONE | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **RECEIVABLES PERFORMANCE MANAGEMENT**<br>20816 44TH AVE W<br>LYNNWOOD, WA 98036 | Trustee Claim Number: 65  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: UPMC & AT & T MOBILITY | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SIMM ASSOC INC**<br>POB 7526<br>NEWARK, DE 19714-7526 | Trustee Claim Number: 66  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUANTUM 3 | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 67  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,378.75<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1892 |
| **PNC MORTGAGE DIV PNC BANK NA**<br>ATTN BANKRUPTCY DEPT<br>3232 NEWMARK DR<br>MIAMISBURG, OH 45342 | Trustee Claim Number: 68  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 0.00<br>COMMENT: RS/MDF DOE*SURR/PL*1ST*THRU 1/16*CL=15831.61 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1683 |
| **CITIMORTGAGE(*)**<br>POB 688971<br>DES MOINES, IA 50368-8971 | Trustee Claim Number: 69  INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: RS/MDF DOE*SURR/PL | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9743 |
| **WESBANCO BANK INC(*)**<br>ATTN CHECK PROCESSING<br>ONE BANK PLAZA<br>WHEELING, WV 26003 | Trustee Claim Number: 70  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 5,589.27<br>COMMENT: R/S DOE*NO GEN UNS/SCH*DK*W/5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9933 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **JOSHUA I GOLDMAN ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:71  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: /CL | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:72  INT %: 0.00%<br>Court Claim Number:8-2<br>CLAIM:  0.00<br>COMMENT: X0177/X1892*DUP CHGS=1598.23*W/8*AMD | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  1892 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:73  INT %: 0.00%<br>Court Claim Number:8-2<br>CLAIM:  0.00<br>COMMENT: 1892/0177*DUP CHGS=3366.72*W/28*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1892 |

CLAIM RECORDS  Case 16-20253-JAD    Doc 99    Filed 12/06/18    Entered 12/06/18 13:41:49    Desc
Page 10 of 10