| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jeffrey L. Thomas** | Social Security number or ITIN    xxx–xx–1892 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Elisa M. Liberatore–Thomas** | Social Security number or ITIN    xxx–xx–0177 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:    **16–20253–JAD** | | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jeffrey L. Thomas                                                           Elisa M. Liberatore–Thomas

5/20/19                                              **By the court:**        <u>Jeffery A. Deller</u>
                                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                               Case No. 16-20253-JAD
Jeffrey L. Thomas                                                    Chapter 13
Elisa M. Liberatore-Thomas
       Debtors                     CERTIFICATE OF NOTICE
District/off: 0315-2          User: aala                  Page 1 of 3                  Date Rcvd: May 20, 2019
                              Form ID: 3180W              Total Noticed: 73


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
db             +Jeffrey L. Thomas,    516 Bute Road,    Uniontown, PA 15401-9604
jdb            +Elisa M. Liberatore-Thomas,    5 Greene Drive,    P.O. Box 432,    Richeyville, PA 15358-0432
14170692       +Adagio Health,    960 Penn Avenue,    Pittsburgh, PA 15222-3812
14170699       +Brownsville ASD & Boro. c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741
14170701        CBCS,   P.O. Box 2724,    Columbus, OH 43216-2724
14170703      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: Continental Finance,      P.O. Box 105125,    Atlanta, GA 30348-5125)
14182004       +Dr. Leslie P. Midla D.D.S.,    2842 Main Street,    Beallsville, PA 15313-0018
14170707       +Emergency Physicians of Washington,    155 Wilson Avenue,    Washington, PA 15301-3336
14170708        Emergency Resource Management, Inc.,    P.O. Box 371980,    Pittsburgh, PA 15250-7980
14170709       +Farnam & Pfile Rentals,    4306 State Route 51 South,    Belle Vernon, PA 15012-3533
14182003       +Fayette Waste,    P.O. Box 65,    Waltersburg, PA 15488-0065
14767849       +Fayette Waste, LLC,    PO Box 1086,    Uniontown, PA 15401-1086
14170711       +First Data,    265 Broad Hollow Road,    Melville, NY 11747-4833
14170713        First National Credit Card,    P.O. Box 5097,    Sioux Falls, SD 57117-5097
14170715        Ford Motor Credit Company,    c/o Weltman, Weinberg & Reis,
                 1400 Koppers Building--436 7th Avenue,    Pittsburgh, PA 15219
14170716        Highmark Blue Shield,    120 Fifth Avenue,    Pittsburgh, PA 15222-3099
14170718       +Interventional Radiology Specialists,    10567 Sawill Parkway--Suite 100,
                 Powell, OH 43065-6672
14170719        Laboratory Corporation of America,    P.O. Box 2240,    Burlington, NC 27216-2240
14170720        Legacy Visa,    P.O. Box 5097,    Sioux Falls, SD 57117-5097
14197573       +Leslie P. Midla D.D.S,    PO Box 39,    Beallsville, PA 15313-0039
14170722        McKesson Patient Care Solutions, inc.,    P.O. Box 645034,    Pittsburgh, PA 15264-5034
14170723       +Medac-Keystone Anesthesia Consultants,    The Washington Hospital,    155 Wilson Avenue,
                 Washington, PA 15301-3398
14170724        Medical Bureau of Pittsburgh,    c/o CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
14182002        Mumtaz A. Alvi, M.D.,    1580 Broad Avenue, Suite 2,    Belle Vernon, PA 15012-1998
14170726        National Rehab. Equipment, Inc.,    Airside Business Park,    540 Lindbergh Drive,
                 P.O. Box 1135,    Moon Township, PA 15108-6135
14248251       +PNC BANK, National Association,    PNC Mortgage, a division of PNC Bank, NA,
                 3232 Newmark Drive,    Attn: Bankruptcy,    Miamisburg, OH 45342-5421
14170732       +PNC Mortgage,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
14170730       +Pathology Associates of Washington, PA,    155 Wilson Avenue,    Washington, PA 15301-3336
14170731       +Pittsburgh Veterinary Specialty Services,    807 Camp Horne Road,    Pittsburgh, PA 15237-1207
14182005       +Planet Fitness,    609 Pittsburgh Street,    Uniontown, PA 15401-2276
14170736        Quest Diagnostics,    P.O. Box 740717,    Cincinnati, OH 45274-0717
14170738        Rohland, Patt, Rohland Associates,    119 Thornton Road,    Brownsville, PA 15417-9607
14170728       +The Orthopedic Group, P.C.,    800 Plaza Drive--Suite 240,    Belle Vernon, PA 15012-4019
14170745       +The Washington Hospital,    155 Wilson Avenue,    Washington, PA 15301-3398
14182006       +Tregembo Motors,    125 Wilson Road,    Bentleyville, PA 15314-1027
14170741        Uniontown Hospital,    500 West Berkeley Street,    Uniontown, PA 15401-5596

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 21 2019 02:06:00      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/Text: bankrupt-adjdept@wesbanco.com May 21 2019 02:06:22      WESBANCO BANK, INC,
                 WESBANCO BANK.INC,    1 BANK PLAZA,    WHEELING, WV 26003-3565
14170695        EDI: HNDA.COM May 21 2019 05:48:00      American Honda Finance,    P.O. Box 168088,
                 Irving, TX 75016-8088
14173420        EDI: HNDA.COM May 21 2019 05:48:00      American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6444
14170697        EDI: CINGMIDLAND.COM May 21 2019 05:48:00      AT&T Mobility,    5020 Ash Grove Road,
                 Springfield, IL 62711-6329
14170693        EDI: GMACFS.COM May 21 2019 05:48:00      Ally Financial,    P.O. Box 130424,
                 Roseville, MN 55113-0004
14218724        EDI: AIS.COM May 21 2019 05:48:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
14170696       +EDI: RMCB.COM May 21 2019 05:48:00      American Medical Collection Agency,
                 4 Westchester Plaza--Building 4,    Elmsford, NY 10523-1615
14170698        EDI: BASSASSOC.COM May 21 2019 05:48:00      Bass & Associates,
                 3936 East Fort Lowell Road--Suite 200,    Tucson, AZ 85712-1083
14170700        EDI: CAPITALONE.COM May 21 2019 05:48:00      Capital One,    c/o TSYS Total Debt Management,
                 P.O. Box 5155,    Norcross, GA 30091
14170702        EDI: CIAC.COM May 21 2019 05:48:00      CitiMortgage, Inc.,    Bankruptcy Servicing Center,
                 P.O. Box 140609,    Irving, TX 75014-0609
14170704       +E-mail/Text: vmcpherson@creditmanagementcompany.com May 21 2019 02:06:23
                 Credit Management Company,    2121 Noblestown Road,    P.O. Box 16346,
                 Pittsburgh, PA 15242-0346
14170705        EDI: ECMC.COM May 21 2019 05:48:00      ECMC,   P.O. Box 16408,    Saint Paul, MN 55116-0408
14170706        EDI: ECMC.COM May 21 2019 05:48:00      ECMC,   P.O. Box 75906,    Saint Paul, MN 55175
```

```
District/off: 0315-2          User: aala                Page 2 of 3              Date Rcvd: May 20, 2019
                              Form ID: 3180W            Total Noticed: 73


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14170714          EDI: FORD.COM May 21 2019 05:48:00      Ford Motor Credit Company,
                   National Bankruptcy Service Center,    P.O. Box 6275,    Dearborn, MI 48121
14192630          EDI: FORD.COM May 21 2019 05:48:00      Ford Motor Credit Company LLC,    Dept.   55953,
                   P O Box 55000,    Detroit MI, 48255-0953
14195705          EDI: FORD.COM May 21 2019 05:48:00      Ford Motor Credit Company LLC,    P. O. Box 62180,
                   Colorado Springs, CO 80962
14170712         +E-mail/Text: collectionslegal@parknationalbank.com May 21 2019 02:06:46
                   First Knox National Bank,    P.O. Box 1270,    Mount Vernon, OH 43050-1270
14170717          EDI: IRS.COM May 21 2019 05:48:00      Internal Revenue Service,    P.O. Box 7346,
                   Philadelphia, PA 19101-7346
14170721         +EDI: LTDFINANCIAL.COM May 21 2019 05:48:00       LTD Financial Services,
                   7322 Southwest Freeway--Suite 1600,    Houston, TX 77074-2010
14170725          EDI: AIS.COM May 21 2019 05:48:00      Midland Funding,    c/o American InfoSource LP,
                   P.O. Box 4457,    Houston, TX 77210-4457
14170727         +E-mail/Text: bankruptcydepartment@tsico.com May 21 2019 02:06:30
                   NCO Financial Systems, Inc.,    P.O. Box 15618, Dept. 51,    Wilmington, DE 19850-5618
14170729          E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 21 2019 02:05:59       PA Department of Revenue,
                   Bankruptcy Division,    Dept. 280946,    Harrisburg, PA 17128-0946
14170733          EDI: PRA.COM May 21 2019 05:48:00      Portfolio Recovery,    P.O. Box 41067,    Norfolk, VA 23541
14179617          EDI: PRA.COM May 21 2019 05:48:00      Portfolio Recovery Associates, LLC,    POB 12914,
                   Norfolk VA 23541
14182009         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 21 2019 02:05:59
                   Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                   Harrisburg, PA 17128-0946
14170734         +E-mail/Text: csidl@sbcglobal.net May 21 2019 02:06:24       Premier BankCard/Charter,
                   P.O. Box 2208,    Vacaville, CA 95696-8208
14172882          EDI: Q3G.COM May 21 2019 05:48:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                   PO Box 788,    Kirkland, WA  98083-0788
14170735          EDI: Q3G.COM May 21 2019 05:48:00      Quantum3 Group, LLC,    P.O. Box 788,
                   Kirkland, WA 98083-0788
14170737         +E-mail/Text: Supportservices@receivablesperformance.com May 21 2019 02:06:39
                   Receivables Performance Management,    20816 44th Avenue West--Suite 100,
                   Lynnwood, WA 98036-7744
14170739          EDI: DRIV.COM May 21 2019 05:48:00      Santander Consumer USA,    Attn: Bankruptcy Dept.,
                   P.O. Box 560284,    Dallas, TX 75356-0284
14176183         +EDI: DRIV.COM May 21 2019 05:48:00      Santander Consumer USA, Inc.,    P.O. Box 961245,
                   Fort Worth, TX 76161-0244
14170740          E-mail/PDF: clerical@simmassociates.com May 21 2019 02:09:49       Simm Associates, Inc.,
                   P.O. Box 7526,    Newark, DE 19714-7526
14170742         +E-mail/Text: BankruptcyNotice@upmc.edu May 21 2019 02:06:29       UPMC Physician Services,
                   1650 Metropolitan Street,    Third Floor--Customer Service,    Pittsburgh, PA 15233-2213
14170743         +EDI: VERIZONCOMB.COM May 21 2019 05:48:00       Verizon,    Attn: Bankruptcy,
                   500 Technology Drive,    Weldon Spring, MO 63304-2225
14170744          EDI: VERIZONCOMB.COM May 21 2019 05:48:00       Verizon Wireless Bankruptcy Admin.,
                   P.O. Box 3397,    Bloomington, IL 61702-3397
14170746          E-mail/Text: bankrupt-adjdept@wesbanco.com May 21 2019 02:06:22       WesBanco Bank,
                   Bankruptcy Department,    One Bank Plaza,    Wheeling, WV 26003-3565
                                                                                              TOTAL: 37

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company LLC
cr              PNC BANK, National Association
14170694       ##+AmerAssist AR Solutions,   8415 Pulsar Place,   Columbus, OH 43240-4033
14170710        ##Fidelis Recovery Management, LLC,   2221 New Market Parkwaye, Suite108,
                 Marietta, GA 30067-9310
                                                                                              TOTALS: 2, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-2         User: aala                Page 3 of 3             Date Rcvd: May 20, 2019
                             Form ID: 3180W            Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    PNC BANK, National Association
           andygornall@latouflawfirm.com
          Andrew R. Thalman    on behalf of Creditor    WESBANCO BANK, INC andrewthalman@pgka.com
          Daniel R. White    on behalf of Joint Debtor Elisa M. Liberatore-Thomas dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          Daniel R. White    on behalf of Debtor Jeffrey L. Thomas dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James Warmbrodt     on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
          James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
           PitEcf@weltman.com
          Joshua I. Goldman    on behalf of Creditor    PNC BANK, National Association bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9
```