SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1. Intake Clerk *

        2. Case Administrator

UC

FROM:    Financial Administrator

DATE: 8/1/2019

CASE NAME: Thomas

CASE NUMBER: 16-20253-JAD

Check Number 1125307 in the amount of $ 11.45 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 16018          Intake Clerk's Initials: MM

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
07/31/2019

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | Michael R. Rhodes, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: JEFFREY L. THOMAS
ELISA M. LIBERATORE-THOMAS
Case No: 16-20253JAD

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.

Leslie P Midla Dds
2842 Main St
Beallsville,PA 15313-2000

CHECK NUMBER 1125307        AMOUNT $11.45

   The disbursement(s) was returned to the Trustee for the following reason:

The check became stale dated, not having been negotiated within 90 days of the issue.

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:DANIEL R WHITE ESQ
JEFFREY L. THOMAS
ELISA M. LIBERATORE-THOMAS
Leslie P Midla Dds